**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Fermin Marrero          JOINT DEBTOR:                          CASE NO.:
Last Four Digits of SS# 5035          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 114.29   for months 1 to 60   ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3650 + $775 (Motion to value) = $4425 TOTAL PAID $ 950
       Balance Due  $ 3475 payable $ 103.90/month (Months 1 to 33) and $
       46.30/month (Months 34 to 34)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                           Arrearage on Petition Date  $
Address:                           Arrears Payment   $         /month (Months     to     )
                                   Regular Payment   $         /month (Months     to     )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| SLS<br>8742 Lucent Blvd #300<br>Littleton, CO 80129 | 6300 Thomas Street<br>Hollywood, FL 33024<br>$121,880.00 | 0% | None | None | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None            Total Due  $
              Payable  $         /month (Months     to     ) Regular Payment $

Unsecured Creditors: Pay $ 57.60   /month (Months 34 to 34  ) and Pay $ 103.90 /month (Months 35 to 60  ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Bank of American and will continue to pay said creditor directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/Robert Sanchez, Esq
Attorney for the Debtor                Joint Debtor
Date: 3-6-15                      Date:


LF-31 (rev. 01/08/10)