UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In Re:  Fermin Marrero                                    Case No: 15-14197-JKO
                                                         Chapter 13


_____Debtor_____/


**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY,** that a true and correct copy of the Order Granting Motion to

Value and Determine Secured Status of Lien on Real Property Held by Specialized Loan

Servicing was sent to all interested parties on July 28, 2015 as follows:


Electronically:

Robin R. Weiner, Trustee

Via First Class Mail:

Debtor, Fermin Marrero
6300 Thomas Street
Hollywood, FL 33024

The Bank of New York Mellon
f/k/a The Bank of New York as Successor Indenture Trustee to
JP Morgan Chase Bank, N.A.
c/o Specialized Loan Servicing, LLC
8742 Lucent Boulevard
Suite 300
Highlands Ranch, CO 80129

**Specialized Loan Servicing, LLC**
c/o Capitol Corporate Services, Inc., Registered Agent
36 South 18th Avenue
Suite D
Brighton, CO 80601


**Specialized Loan Servicing, LLC**
c/o John Beggins, CEO and President
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129


Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
 Robert Sanchez, Esq., FBN#0442161