**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Fermin Marrero                                        Case No: 15-14197-JKO
                                                             Chapter 13

_____Debtor_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐    No further action is necessary.

2)    The following actions have been taken:

   ☒    The debtor has filed an objection to the proof of claim filed by  BANK OF AMERICA, N.A. [Claim #3]  .

   ☐    The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

   ☐    Other: _____
_____
_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on  March 30, 2016  .

                                   Submitted by:
                                   **ROBERT SANCHEZ, P.A.**
                                   Attorney for Debtor
                                   355 W 49th Street
                                   Hialeah, FL 33013
                                   Tel. (305) 687-8008

                                   By:/s/Robert Sanchez_____
                                    Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)